DAVID R. MILLER

        VS                    8579                No. 8579

VALENTINE W. PONS

April 10th, 1922.

Court of Appeal,
Parish of Orleans

FILED APR 10 1922

CHARLES F. CLAIBORNE, JUDGE.

This is a suit for possession of leased premises. It was filed January 6th, 1922.

The rule avers that plaintiff leased to defendant the premises No. 2727 Louisiana Avenue for $35 per month; that the defendant failed to pay the rent for the month of December 1921, due January 1st, 1922; that the lease provided that should the lessee violate any of the conditions of the lease, the lessor reserved to himself the right of cancelling said lease without putting the lessee in default, the lessee waiving the legal notice to vacate; the plaintiff prayed for judgment condemning the defendant to vacate the premises.

After answer filed by the defendant there was judgment against him as prayed for. From this judgment the defendant has appealed.

No brief on behalf of defendant has been filed in this Court, and his counsel has submitted the case. No error in the judgment has been pointed out to us, and we have seen none.

The judgment is therefore affirmed.

April 10th, 1922.